UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Ralph Musilli, Debtor,

RALPH MUSILLI

        Appellant,

vs.

BARBARA DROOMERS,                      Case No. 08-CV-12341
                                                (Consolidated with 08-CV-12342)
        Appellee.                   HON. GEORGE CARAM STEEH
and

In Re: Walter Baumgardner, Debtor,

WALTER BAUMGARDNER,

        Appellant,

vs.

BARBARA DROOMERS,

        Appellee.
_____/

ORDER GRANTING APPELLEE'S MOTION FOR ADJOURNMENT
OF BRIEFING SCHEDULE (#14) AND
NOTICE OF SEPTEMBER 3, 2008, 2:30 P.M. HEARING

       The court's June 23, 2008 Scheduling Order requires Appellee's Response Brief to be filed by July 28, 2008, and Appellants' Reply Brief to be filed by August 14, 2008. On July 25, 2008, Appellee Droomers filed the instant motion for a three-day extension, asking that she be permitted to file her Response Brief on or before July 31, 2008. The parties filed a stipulation to the relief on July 28, 2008. Accordingly, and consistent with Fed. R. Civ. P. 6(b)(1)(A),

       Appellant's motion is hereby GRANTED to the extent that the court's June 23, 2008 Scheduling Order is hereby MODIFIED to reflect that Appellee's Response Brief shall be

filed and served on or before July 31, 2008, and Appellants' Reply Brief shall be filed and served by August 18, 2008. The parties are hereby notified to appear before this court on **SEPTEMBER 3, 2008 at 2:30 P.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226 for hearing on this Bankruptcy Appeal.

SO ORDERED.

Dated: July 29, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 29, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk